# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-3166**　　　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　**1:21-cr-00642-JDB-1**

　　　　　　　　　　　　　　　　　　　　　　**Filed On:** February 14, 2025

United States of America,

　　　　Appellee

　　v.

Darrell Neely,

　　　　Appellant

**BEFORE:**　Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

　Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

　**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk
　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　Deputy Clerk